# EXHIBIT 3

Linda A. Motyka, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE DEPAKOTE CASES:

RHEALYN ALEXANDER, et al.,

        Plaintiffs,

                      CASE NUMBER
VS.                      12-CV-52-NJR-SCW

ABBOTT LABORATORIES, INC., et al.,

        Defendants.

Case affected:

A.S., a minor, by MARTHEE SANSONE, individually and as parent and next friend of A.S.

VS.                      CASE NUMBER
                          17-CV-793

ABBOTT LABORATORIES, INC.

DEPOSITION OF LINDA A. MOTYKA, Ph.D.

The deposition of Linda A. Motyka, Ph.D., was taken at the law office of Heninger, Garrison & Davis, in Birmingham, Alabama, on November 6, 2017, commencing at 9:00 a.m., before Mitzi Smith, Court Reporter & Notary Public as Commissioner, pursuant to the stipulations set forth herein.

Golkow Technologies, Inc. - 1.877.370.DEPS

Linda A. Motyka, Ph.D.

Page 101

1  will render the product misbranded. It says it
2  may render the product misbranded.
3  Q    Doctor, it says the final printed
4  labeling must be identical to the enclosed
5  labeling.
6  A    Uh-huh.
7  Q    Which means that the labeling that we've
8  been looking at that was attached here, that
9  language was not only approved by the FDA, but
10 they directed Abbott to ensure that the final
11 printed labeling was identical to this
12 attachment; correct?
13 A    Yes.
14 Q    Okay. Would you agree with me that the
15 FDA owns the black box, Doctor?
16 A    What?
17 Q    Would you agree with me that the FDA
18 owns the black box warnings?
19 A    What do you mean owns it?
20 Q    The FDA must approve a black box
21 warning; correct?
22 A    Yes, they review it and approve.
23 Q    And a black box warning cannot be added
24 via CBE by a manufacturer, can it?
25 A    I don't believe so.

Linda A. Motyka, Ph.D.

Page 102

1  Q     And in order to change a black box
2  warning, that has to be approved prior to the
3  change by the FDA; correct?
4  A     Yes.
5  Q     And a black box warning is prominently
6  featured to -- a prominently featured label to
7  warn the prescriber of a serious adverse
8  reaction; correct?
9  A     Yes, an important information, important
10 safety information.
11 Q     Well, the bottom of page 16 and the top
12 of page 17 you talk about the patient
13 information leaflet being directed only to
14 patients with migraines.
15 A     Yes.
16 Q     Right?  Are you aware of whether there
17 was ever a standalone patient information
18 leaflet?
19 A     I don't know what you mean.
20 Q     Are you aware of whether there were ever
21 leaflets that could be handed out separate from
22 the prescribing information, tear off sheets,
23 for example, that could be handed out to
24 patients?
25 A     That's what a patient information

Linda A. Motyka, Ph.D.

Page 257

1                         CERTIFICATE

2

3   STATE OF ALABAMA

4   TALLADEGA COUNTY

5
         I, the undersigned, a CSR, RPR, CRR and
6   Notary Public of the State of Alabama at Large,
    hereby certify that the proceedings in the
7   herein matter were taken at the time and place
    therein stated; that the proceedings were
8   reported by me, court reporter and
    disinterested person, and were thereafter
9   transcribed by means of computer-aided
    transcription; that the foregoing is a complete
10  and true record of said witness.

11       I further certify that I am not of counsel
    or attorney for either or any of the parties in
12  the foregoing proceedings and caption named, or
    in any way interested in the outcome of the
13  cause named in said caption.

14       IN WITNESS WHEREOF set my hand and affixed
    my seal this 16th day of November, 2017.
15

16

17

18

19              Mitzi Smith, ACCR# 117, RPR, CRR
                Notary Public State of Alabama
20

21  My Commission Expires:  August 16, 2018

22

23

24

25