# Exhibit C

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
 2                          EASTERN DIVISION

 3

 4   B.F., et al.,              )
                                )
 5        Plaintiffs,           )
                                )
 6        v.                    )No. 4:12-CV-1760 CAS
                                )
 7   ABBOTT LABORATORIES, INC., )
     et al.,                    )
 8                              )
          Defendants.           )
 9

10                              JURY TRIAL

11                              **VOLUME 2A**

12             BEFORE THE HONORABLE CHARLES A. SHAW
                   UNITED STATES DISTRICT JUDGE
13
                           MAY 24, 2016
14

15   APPEARANCES:

16   For Plaintiffs:     John T. Boundas, Esq.
                         John Eddie Williams, Jr., Esq.
17                       Brian A. Abramson, Esq.
                         Margot G. Trevino, Esq.
18                       **WILLIAMS KHERKHER LLP**

19                       George Erick Rosemond, Esq.
                         **ROSEMOND LAW, P.C.**
20                       **(APPEARANCES CONT'D ON PAGE 2)**

21   REPORTED BY:        ANGELA K. DALEY, CSR, RMR, FCRR, CRR
                         Official Court Reporter
22                       United States District Court
                         111 South Tenth Street, Third Floor
23                       St. Louis, MO  63102
                         (314) 244-7978
24

25      PRODUCED BY COURT REPORTER COMPUTER-AIDED TRANSCRIPTION
```

APPEARANCES CONTINUED

For Defendants:   Dan H. Ball, Esq.
                  Stefan A. Mallen, Esq.
                  Stefani L. Rothermel, Esq.
                  **BRYAN CAVE LLP**

                  Kathleen S. Hardway, Esq.
                  Paul F. Strain, Esq.
                  **VENABLE LLP**

# INDEX

| | |
|---|---|
| WITNESSES: | Page |
| DR. GODFREY OAKLEY | 18 |
|    Direct Examination By Mr. Williams | 18 |
|    Cross Examination By Mr. Ball | 84 |

18

1    MR. WILLIAMS:  Thank you, Your Honor.  Dr. Godfrey
2    Oakley.
3                     **DR. GODFREY OAKLEY,**
4    **Having Been First Duly Sworn, Was Examined and Testified As**
5    **Follows:**
6                         DIRECT EXAMINATION
7    BY MR. WILLIAMS:
8    Q    Good morning.  Would you introduce yourself to the jury
9    please.
10   A    Yes.  Good morning.  I'm Godfrey Oakley.  I'm a
11   pediatrician, a geneticist, and a public health doc.  I went
12   to medical school, and I worked at the CDC for 30 years in
13   their birth defects program, and in the end, I was the
14   director of the birth defects and developmental disabilities
15   division.  I retired from there and I went to Emory University
16   where now I'm a research professor of epidemiology in the
17   Rollins School of Public Health.
18   Q    Okay.  So birth defects is the issue.  How long have you
19   been studying birth defects?
20   A    Well, I studied them as a pediatrician, but once I went
21   to the CDC in 1968, ever since then.  It's a long time.
22   Q    Okay.  And so let's talk about your background just for a
23   moment.  You've been a licensed medical doctor for how many
24   years?
25   A    Well, since 1965.

38

1  A     It gets into the mother's blood supply, and it goes
2  across the placenta, and it reaches the fetus -- or the embryo
3  at that part of pregnancy, yes.
4  Q     And the valproic acid from Depakote crosses the umbilical
5  barrier -- am I saying it right -- and gets into the
6  bloodstream of the fetus in those first 28 days?
7  A     Yeah, through the placenta, yes.
8  Q     And is the level in the child higher or lower than the
9  level in the mom's blood?
10 A     I'm not certain about that.  I just know it's there.
11 Q     Okay.  Now I want to talk to you -- put on your
12 teratologist hat.  You've been president of the Teratologist
13 Society.  Is valproic acid a neural toxin?
14 A     Yes, it certainly is toxic to the developing nervous
15 system.
16 Q     Is it a human teratogen?
17 A     It is, and that word means it causes birth defects in
18 people.
19 Q     Is it a potent human teratogen?
20 A     It's very potent.
21 Q     And if you having studied birth defects for 50 years, how
22 would you express to this jury how potent this valproic acid
23 is to a developing fetus?
24 A     Well, it's in the league with two other really difficult
25 and powerful teratogens; one called thalidomide that was in

39

1 sleeping medicine in the late 50s and early 60s mostly in
2 Europe.  They had babies that had missing arms and legs.  And
3 a drug called Accutane that's used to treat acne.  It causes
4 devastating birth defects, facial malformations, missing ears,
5 heart defects, and many of those kids will have an early
6 death.  So spina bifida is a very, very difficult birth
7 defect.  It causes paralysis from birth.  It's associated in
8 the first few days of life for the much increased rate of
9 death.  And we have done a paper with a colleague at Emory in
10 looking at New York data, and at every age for the person's
11 whole life has a threefold increased risk of having death
12 compared to his age contemporary who doesn't have spina
13 bifida.  It's a very, very serious birth defect, and it's one
14 of the most common ones that we have.  And so to know that the
15 Folic acid prevents it is wonderful.
16 Q    I don't seem to have that red Physicians' Desk Reference
17 handy, that PDR.  If you look through the 11 or 14,000 drugs
18 in the PDR, where would you rank valproic acid as far as being
19 a potent human teratogen?
20 A    Assuming you exclude the drugs that are used to treat
21 cancer, which basically stops cell division, so you don't want
22 to be doing that when you are trying to grow a baby, okay, but
23 if you exclude those, it's in the top three.  So thalidomide,
24 Accutane, and valproic acid are the big three.
25 Q    Any question that it's a potent human teratogen?

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

B.F., ET AL.,                    )
                                 )
    Plaintiffs,                  )
                                 )
    v.                           ) No. 4:12-CV-1760-CAS
                                 )
ABBOTT LABORATORIES, INC.,       )
ET AL.,                          )
                                 )
    Defendants.                  )

                       JURY TRIAL - VOLUME 2B

             BEFORE THE HONORABLE CHARLES A. SHAW
                  UNITED STATES DISTRICT JUDGE

                          MAY 24, 2016
```

APPEARANCES:
For Plaintiffs:      Daniel A. Raniere, Esq.
                     **AUBUCHON, RANIERE & PANZERI, PC**

                     John T. Boundas, Esq.
                     John Eddie Williams, Jr., Esq.
                     **WILLIAM KHERKHER HART BOUNDAS, LLP**

For Defendants:      Dan H. Ball, Esq.
                     Stefani L. Rothermel, Esq.
                     **BRYAN CAVE, LLP**

                     Kathleen S. Hardway, Esq.
                     Paul F. Strain, Esq.
                     Stephen E. Marshall, Esq.
                     **VENABLE, LLP**

REPORTED BY:         REAGAN A. FIORINO, RMR, CRR, CSR, CCR
                     United States District Court
                     111 South 10th Street
                     St. Louis, MO 63102 | (314)244-7989

     PRODUCED BY COURT REPORTER COMPUTER-AIDED TRANSCRIPTION

*Jury Trial - Volume 2B* 2

1   INDEX
2   PLAINTIFFS' EVIDENCE
3       GODFREY P. OAKLEY, M.D.
4       Cross-Examination Continued By Mr. Ball . . . . . 3
5       Redirect Examination By Mr. Williams . . . . . . .63
6       Recross Examination By Mr. Ball . . . . . . . . .69
7       TRACEY HEIMBERGER
8       Videotaped Deposition Played . . . . . . . . . . .73
9       RICHARD TRESLEY, M.D.
10      Videotaped Deposition Played . . . . . . . . . . .74
11  Reporter's Certificate . . . . . . . . . . . . . . . .75

12                          * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

*Jury Trial - Volume 2B* 3

```
 1                         MAY 24, 2016
 2       (The proceedings resumed at 1:38 p.m.)
 3           THE COURT:  Good afternoon.  You may be seated.
 4       Please.  Shall we continue, Mr. Ball?
 5                    GODFREY P. OAKLEY, M.D.,
 6  having been previously sworn in by the deputy clerk,
 7  testified:
 8                    CROSS-EXAMINATION CONTINUED
 9  BY MR. BALL:
10  Q.   Good afternoon.
11  A.   Good afternoon.
12  Q.   Kind of in keeping with what we talked about before, in
13  terms of making sure we get the whole story out, do you
14  remember the exhibit where Mr. Williams pointed out that one
15  of the women in the Robert study back in 1982 had spina bifida
16  and was only taking 400 milligrams.  Do you remember that?
17  A.   I do.
18  Q.   Okay. And, in fact, sir, that woman was taking a total
19  of three drugs that can cause birth defects, wasn't she, sir?
20  A.   I don't remember for sure, but there was one of those
21  that were taking more than one drug, yes.
22  Q.   And one was taking 400 milligrams, true?
23  A.   Right.  I would have to look again and see.  I will take
24  your word for it.
25  Q.   All right.  In fact, to be fair, that's something -- I
```

1  A.    It's in one of my reports that was attached to this, yes,
2  it is.
3  Q.    Yeah, but you never -- you actually came up with that
4  opinion when you were at dinner one night with the lawyers,
5  right?
6  A.    I was asked the question at dinner what would be -- and I
7  said where I thought it would fit.
8  Q.    Yeah.  Did you do -- before you stated that opinion, did
9  you go through all the drugs in here and make sure that
10 opinion was correct?
11 A.    I've spent all of my professional life dealing with the
12 causes of birth defects, and I know that there are about 20
13 drugs that are known to cause birth defects.
14       And you know I produced earlier, but not today, the
15 page from Dr. Holmes' books that listed that, because people
16 seem not to know that.  And of that list, this drug stands out
17 as being very bad and in the lead with Tegretol, in the lead
18 with thalidomide and Accutane because of how severe it is and
19 how much it increases the risk and how much problem it brings
20 to families and kids that are affected.
21 Q.    And you brought a list to a deposition of various drugs
22 that are recognized as causing birth defects, various things
23 that cause birth defects, true?
24 A.    I brought a table that had that in it, yes.
25 Q.    And one of the things that's on that table that is