# EXHIBIT 3

IN THE DISTRICT OF THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE DEPAKOTE:

**J.F., a minor, by BEATRICE SIFUENTES, next friend of J.F.,**

Plaintiff(s),

vs.

**ABBOTT LABORATORIES, INC.,**

Defendant(s).

Case **14-CV-847-NJR-SCW**

**FINAL PRETRIAL CONFERENCE**

BE IT REMEMBERED AND CERTIFIED that heretofore on **11/15/2017**, the same being one of the regular judicial days in and for the United States District Court for the Southern District of Illinois, **Honorable Nancy J. Rosenstengel**, United States District Judge, presiding, the following proceedings were recorded by mechanical stenography; transcript produced by computer.

**APPEARANCES:**

**Heath A. Novosad, Phillip Sampson, Nancy Davis Carlton Wilde** of Bracewell & Giuliani LLP, 711 Louisiana, Suite 2300, Houston, TX 77002; and,

***FOR DEFENDANT***: **Paul F. Strain and Jessica Grant** of Venable LLP, 750 East Pratt St, Suite 900, Baltimore, MD 21202; and,

***REPORTED BY***: **Molly N. Clayton, RPR, FCRR**, Official Reporter for United States District Court, SDIL, 750 Missouri Ave., East St. Louis, Illinois 62201, (618)482-9226,
*molly_clayton@ilsd.uscourts.gov*

they were, most importantly he didn't know their birth defect rate and he didn't know their rate of malformation. So, why is that important? Because if you're going to rank human teratogens, you're going to put a numerical ranking on it, you need to know the birth defect risk of the other teratogens on the list in order to put Depakote at the top. If you don't know the birth defect risk or the malformation rates of a number of these drugs then, of course, you can't -- the opinion is not based on any reliable methodology or data.

The last thing I wanted to show you, your Honor, was the FDA's pregnancy -- and I'm sure you're familiar with pregnancy D, which is what Depakote is, and pregnancy X, which is contraindicated for women in pregnancy. Now, you recall that his testimony is that Depakote is among the Top Three with Accutane and Thalidomide. But if you look at the X, these are all of the drugs that are contraindicated, cannot be used in women who are pregnant. He did not know most of these drugs, what the malformation rates were, but here's more importantly, I've highlighted one, finasteride, that's Propecia, you might have heard of that drug. That actually, is -- not only is it Category X, it's so teratogenic that women who are pregnant cannot even touch it, not allowed to even handle it. So, again, when you're making this opinion that is very prejudicial to a jury, especially with someone with his qualifications having been at the CDC, it has to be based on some data or

in its most recent order about the appropriateness of this opinion, saying it was appropriate, is his opinion is based on quantitative data. It is. And Abbott doesn't like it. Abbott may have ways to try and chip away at it. And that is what cross examination is for, your Honor.

*THE COURT:* Okay. Well, I'll go back and look at that. I mean, when it came in in *Raquel*, I didn't think that the way it came in caused any problems that seemed to make sense but Ms. Grant makes a very persuasive argument so I will take a closer look at that. I still have, by the way, every day when I'm here, his card from the *Raquel* case that he had in front of him that said "no Accutane, no Thalidomide" after what happened in *Kaleta*. So I just left that here so some days when I'm deciding how long someone should go to prison I look at those and remember those happy days, so.

Okay. Anything else we need to take up today, Mr. Strain?

*MR. STRAIN:* I have one thing and that's really by way of, as we approach the holiday weekend of thanks for all of us, for the courtesy of extending the trial for counsel from Monday to Tuesday, it takes pressure off family time and for all of us, especially out-of-towners. We all appreciate that, your Honor.

*THE COURT:* Well, yeah, I almost forgot that we had decided to do that but I think that's good. And for the

jurors, they won't have to come in until later on that Monday, too. So, and you can all hopefully somewhat enjoy Thanksgiving amidst trial prep.

So, anything else?

*MR. SAMPSON:* Not for plaintiff.

*MR. STRAIN:* Not for the defendant, your Honor.

*THE COURT:* Okay. Well, I will see some of you on the 27th and everyone else ready to go on the 28th.

And I'll get you an order on everything else as soon as I can.

*(Court adjourned)*

-oOo-

REPORTER'S CERTIFICATE

I, Molly N. Clayton, RPR, FCRR, Official Court Reporter for the U.S. District Court, Southern District of Illinois, do hereby certify that I reported with mechanical stenography the proceedings contained in pages 1 - 38; and that the same is a full, true, correct and complete transcript from the record of proceedings in the above-entitled matter.

DATED this 15th day of November, 2017.

s/Molly Clayton, RPR, FCRR