# EXHIBIT 4

Case 3:17-cv-00783-NJR-MAB   Document 54-4   Filed 01/08/18   Page 2 of 5   Page ID #2303

GODFREY P. OAKLEY, JR., M.D.                                August 04, 2015
LEAL vs. ABBOTT LABORATORIES                                               1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE SOUTHERN DISTRICT OF ILLINOIS

 3

 4   J.F. a minor by MICHELLE LEAL
     individually as parent and
 5   next friend of J.F.

 6          Plaintiffs,
                                     CIVIL ACTION
 7       vs.                         NO. 14-cv-847-NJR

 8   ABBOTT LABORATORIES, INC.,

 9          Defendant.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~
10

11                       DEPOSITION OF

12

13            GODFREY P. OAKLEY, JR., M.D.

14

15                     August 4, 2015

16                        10:00 a.m.

17

18                        Suite 1400

19             1201 West Peachtree Street, NW

20                     Atlanta, Georgia

21

22       Richard Bursky, RMR, CRR, CCR-2509

23

24

25
```



Case 3:17-cv-00783-NJR-MAB   Document 54-4   Filed 01/08/18   Page 3 of 5   Page ID #2304

GODFREY P. OAKLEY, JR., M.D. August 04, 2015
LEAL vs. ABBOTT LABORATORIES 217

```
 1            MS. LOOCKE:  Yes, it is foremost in my mind.
 2            MR. MacWILLIAMS:  Got it.
 3       Q.   (By Mr. MacWilliams) Doctor, the reference to
 4  thalidomide at the Schmidt trial, the reference to the
 5  top three, did you have any discussions with anybody so
 6  far that we haven't talked about today that relate to
 7  that subject of, relating to the jury that Depakote was
 8  in the top three most teratogenic drugs on the market
 9  in the US?
10            MS. LOOCKE:  Objection.
11       Q.   (By Mr. MacWilliams) In preparation for the
12  trial, any discussions you haven't already told me
13  about?
14            MS. LOOCKE:  Objection, form and scope.
15       A.   Not that I am aware of.
16       Q.   (By Mr. MacWilliams) How did you arrive at
17  that list?
18       A.   Based on my understanding of the causes of
19  birth defects and it is obviously a -- it is my
20  personal interpretation of those.  I know that
21  thalidomide is a terrible drug, taken off the market
22  for many, many years and it is back on the market in
23  very limited circumstances but it is back on the
24  market.
25            And Accutane is another powerful cause of
```



Case 3:17-cv-00783-NJR-MAB   Document 54-4   Filed 01/08/18   Page 4 of 5   Page ID #2305

GODFREY P. OAKLEY, JR., M.D.                                August 04, 2015
LEAL vs. ABBOTT LABORATORIES                                             220

```
 1        Q.  (By Mr. MacWilliams) 2002.
 2        A.  I don't remember when it came back on the
 3   market, it did come back on the market around that time
 4   but I don't remember exactly when.
 5        Q.  Do you know whether it is in the 2002 PDR?
 6        A.  I do not know that.
 7        Q.  Did you have anybody review the 2002 PDR for
 8   you in support of offering your opinion that of all the
 9   drugs in that, the thousands of drugs in that book that
10   Mr. Williams was holding up, Depakote was in the top
11   three most teratogenic?
12             MS. LOOCKE:  Objection, form and scope.
13        A.  I did not.
14        Q.  (By Mr. MacWilliams) Did anybody from counsel
15   side suggest to you that maybe the two others that you
16   want to include in that list are thalidomide and
17   Accutane or did you come up with that on your own?
18        A.  I came up with that --
19             MS. LOOCKE:  Objection, form and scope.
20        A.  I came up with that on my own.
21        Q.  (By Mr. MacWilliams) Have you ever heard of a
22   drug called Tracleer?
23        A.  No.
24        Q.  Do you know whether, what pregnancy category
25   it has been assigned by the FDA?
```



Case 3:17-cv-00783-NJR-MAB   Document 54-4   Filed 01/08/18   Page 5 of 5   Page ID #2306

GODFREY P. OAKLEY, JR., M.D.                    August 04, 2015
LEAL vs. ABBOTT LABORATORIES                               299

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   COUNTY OF FULTON:

 5

 6         I hereby certify that the foregoing transcript

 7   was taken down, as stated in the caption, and the

 8   questions and answers thereto were reduced to

 9   typewriting under my direction; that the foregoing

10   pages 1 through 298 represent a true, complete,

11   and correct transcript of the evidence given upon

12   said hearing, and I further certify that I am not

13   of kin or counsel to the parties in the case; am

14   not in the regular employ of counsel for any of

15   said parties; nor am I in anywise interested in

16   the result of said case.

17         This, the 5th day of August, 2015.

18

19

20
         RICHARD BURSKY, RMR, CRR, CCR
21
```

