# EXHIBIT 5

```
                                                                    1

 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2

 3    Z.H., by and through KEVIN
      HUTCHENS and CHRISTIN
 4    HUTCHENS, individually,
      and as parents and next
 5    friends of Z.H.,

 6          Plaintiffs,      Case No. 1:14-cv-00176-CAB

 7      vs.

 8    ABBOTT LABORATORIES, INC.,

 9          Defendant.
      ~~~~~~~~~~~~~~~~~~~~~~~~~
10

11                 DEPOSITION OF

12        GODFREY P. OAKLEY, JR., M.D., MSPM

13

14               March 11, 2016

15                 8:55 a.m.

16

17       1201 West Peachtree Street, N.W.
                  14th Floor
18            Atlanta, Georgia

19

20       Kara Barger, CCR No. B-1496

21

22

23

24

25
```

```
                                                                    8

 1        A.    Yes.
 2        Q.    -- prior to your last trial testimony?
 3        A.    Yes.
 4        Q.    Okay.  Thanks.
 5        A.    I usually keep them in my pocket.
 6        Q.    And let me ask you this.
 7              Since you submitted your report in this
 8   case, in the Hutchens case, have you reviewed any
 9   additional information other than what's reflected in
10   your report for this case related to Depakote?
11        A.    Other than this paper I gave you this
12   morning, I mean I reviewed that.  Then I reviewed the
13   citations that I had for, you know, my report.
14        Q.    Okay.  You say the paper that you gave
15   me --
16        A.    Well --
17        Q.    -- this morning?
18        A.    -- this table.  I'm sorry.
19        Q.    All right.
20              (Defendant's Exhibit 3 was marked for
21        identification.)
22        Q.    (By Mr. Marshall)  So, Doctor, I'm showing
23   you what's been marked as Exhibit 3.
24              Can you identify what that is, please?
25        A.    This is a copy of a table, 1.1, from
```

9

1 Dr. Holmes's textbook or book at least entitled
2 Congenital -- Common Malformations, Dr. Lewis Holmes,
3 published by Oxford in 2011. This is a table that
4 lists recognized human teratogens in 2009.
5     Q. And what is the significance of Exhibit 3
6 to your opinions in this case?
7     A. Well, it's a list of the known human
8 teratogens; and it's a rather finite list. And it's
9 got Accutane. It's got thalidomide and has valproic
10 acid on it. And those have been parts of things I've
11 discussed before.
12     Q. Okay. Is there anything about Exhibit 3
13 that you believe is specific to the Hutchens case?
14     MR. SAMPSON: Object to form.
15     THE WITNESS: My testimony has been pretty
16     general, you know. So it's hard to answer
17     questions like that. It certainly backs up what
18     my expert witness reports are about.
19     Q. (By Mr. Marshall) And, Exhibit 3, when is
20 it that you first looked at that document?
21     A. This morning at about 5:30.
22     Q. And prior to this morning at 5:30 you had
23 not looked at Exhibit 3?
24     A. I had not.
25     Q. Okay. And how is it that you came to be

1    aware of Exhibit 3?
2        A.   Well, when I was thinking about the
3    testimony, I had had -- I think someone asked me a
4    question about was there a list someplace of the
5    known human teratogens.  And I thought the people
6    with this litigation -- everybody would know that and
7    apparently people didn't know that.  And this morning
8    I thought about it and went looking for it and found
9    it.
10       Q.   Can I see --
11       A.   You may.
12       Q.   So do you agree that all of the drugs that
13   are listed here in Table 1.1 of Exhibit 3 are human
14   teratogens?
15       A.   This is Dr. Holmes's table.  Okay?
16            And my point out of this table is that the
17   thalidomide and valproic acid and Accutane are three
18   of the worst ones on that list.
19       Q.   Okay.  And show me how it is that you can
20   determine by looking at Exhibit 3, just looking at
21   Exhibit 3, that valproic acid, Accutane, and
22   thalidomide are three of the worst teratogens.
23       A.   Well, I do that from my experience and
24   what I know about birth defects epidemiology and the
25   causes of birth defects.  But it's certainly on that

```
                                                              11

 1   list, and it shows that it's a finite list.
 2          Q.   But my question is:  Is there anything on
 3   Exhibit 3 that quantifies in any way the risk with
 4   the teratogens that are listed?
 5          A.   It doesn't do that, no.
 6          Q.   And my question is -- you've identified
 7   the drugs that are listed in Exhibit 3 as teratogens.
 8               Do you see those?
 9          A.   This table does that, yes, sir.
10          Q.   Yes, sir.
11               And do you agree with this table in
12   Exhibit 3 that all of these drugs are, in fact,
13   teratogens?
14          A.   I have not reviewed all of those to make
15   that determination.
16          Q.   So, for example, cyclosporin, what is
17   that?
18          A.   It's an antiinfectious disease drug, I
19   believe.  I don't know it in detail.
20          Q.   And is it a human teratogen?
21          A.   I don't know the evidence on that.
22          Q.   And lithium?
23          A.   Lithium.
24          Q.   What is lithium?
25          A.   Lithium is a drug that's often used for
```

12

1  manic psychiatric disorders and it causes birth
2  defect.
3      Q.   So lithium is a human teratogen?
4      A.   I believe that it is, yes.
5      Q.   Okay.  And what is the rate of major
6  congenital malformations with lithium?
7      A.   It's hard to tell.
8      Q.   Can you --
9      A.   It's done by -- I'm sorry.  I didn't mean
10 to interrupt.
11     Q.   That's okay.
12     A.   The evidence for lithium is pretty much
13 related to the -- sort of the uniqueness of the birth
14 defect, and it hasn't been studied as far as I know.
15     Q.   So can you give me a rate of major
16 congenital malformations that is associated with
17 lithium?
18     A.   I don't know that I can.
19     Q.   Can you say that the rate of major
20 congenital malformations with lithium is more or less
21 than 10 percent?
22     A.   I don't know that.
23     Q.   How about in regard to warfarin?  Warfarin
24 is something that is given as a blood thinner?
25     A.   It is.

Oakley, Godfrey 2016.03.11

13

1    Q.    Is warfarin a human teratogen?

2    A.    It is.

3    Q.    And what is the rate of major congenital

4    malformations with warfarin?

5    A.    I don't know the answer to that.

6    Q.    Do you know whether the rate of major

7    congenital malformations with warfarin is more or

8    less than 10 percent?

9    A.    I don't know.

10    Q.    Obesity, severe obesity, is that a human

11    teratogen?

12    A.    I think that's questionable.

13    Q.    Okay.  Dr. Holmes lists severe obesity on

14    his recognized human teratogens in Exhibit 3,

15    correct?

16    A.    It's not a drug.

17          MR. SAMPSON:  Is it under drugs?

18          THE WITNESS:  No.

19    Q.    (By Mr. Marshall)  I didn't say it was

20    under drugs.

21          Did I say it was under drugs?

22    A.    You did not.

23    Q.    Okay.  Severe obesity, is that a

24    recognized human teratogen?

25    A.    That's a lot debate about that.

Oakley, Godfrey 2016.03.11

14

1	Q.	Okay.  Do you disagree with Dr. Holmes
2	when he identifies severe obesity as a recognized
3	human teratogen?
4	A.	I'd like to look at it a little bit more.
5	Q.	So you don't know the answer to that?
6	A.	That's correct.
7	Q.	Can you tell me what the rate of major
8	congenital malformations is with severe obesity?
9	A.	I don't know that.
10	Q.	Hypothyroidism, that's an internal
11	condition that's listed by Dr. Holmes as a recognized
12	human teratogen.
13		Do you agree that hypothyroidism is a
14	recognized human teratogen?
15	A.	Again, I didn't come prepared to review
16	all those drugs and all the evidence behind them.  So
17	I can't answer that.
18	Q.	Okay.  I'm just following this up because
19	you brought this to the deposition and you thought
20	this was important for your opinions in this case,
21	correct?
22	A.	(Witness nods head affirmatively.)
23	Q.	Is that correct?
24	A.	Yes.
25	Q.	Okay.  Do you believe that Exhibit 3 is

Oakley, Godfrey 2016.03.11

15

1    important for your opinions in this case?
2             MR. SAMPSON:  Objection; form, asked and
3    answered.
4             THE WITNESS:  I'm sorry?
5             MR. SAMPSON:  Go ahead.
6             THE WITNESS:  Say again.  What was your
7    question?
8        Q.   (By Mr. Marshall)  Do you believe that
9    Exhibit 3 is important for your opinions in this
10   case?
11            MR. SAMPSON:  Same objection.
12            Go ahead.
13            THE WITNESS:  I do.
14       Q.   (By Mr. Marshall)  Okay.  What is
15   efavirenz?  That's e-f-a-v-i-r-e-n-z.
16       A.   May I see it?
17       Q.   Sure.
18       A.   I don't know.
19       Q.   Do you know what the rate of major
20   congenital malformations is with efavirenz?
21       A.   I do not.
22       Q.   How about etretinate?  Do you know what
23   etretinate is?
24       A.   It's a variant of Accutane.
25       Q.   So is it a variant of isotretinoin?

```
                                                              16

 1        A.    Yes, in that family.

 2        Q.    How about androgenic hormones?  Do you

 3   know what they're used for?

 4        A.    Yes.

 5        Q.    What are they used for?

 6        A.    Well, they're used for -- to treat people

 7   that need androgens, and they can cause masculinizing

 8   effects of fetuses.

 9        Q.    What's a masculizing effect of fetus?

10        A.    Making a girl fetus look like a boy, to

11   have hair.  I mean it just -- that's what masculine

12   things do.

13        Q.    Oh, you're saying masculine?

14        A.    Yeah.

15        Q.    All right.  How about paroxetine?  What is

16   that?

17        A.    I don't know exactly what that is.

18        Q.    Do you know what the rate of major

19   congenital malformations is with paroxetine?

20        A.    I do not.

21        Q.    You also provided a book as part of your

22   production today, and it's called Dark Remedy:  The

23   Impact of Thalidomide and its Revival as a Vital

24   Medicine, correct?

25        A.    Yes.
```

```
                                                                81
 1

 2                        C E R T I F I C A T E

 3

 4    STATE OF GEORGIA:

 5    COUNTY OF FULTON:

 6

 7            I hereby certify that the foregoing

 8         transcript was taken down, as stated in the

 9         caption, and the questions and answers thereto

10         were reduced to typewriting under my direction;

11         that the foregoing pages 1 through 80 represent

12         a true, complete, and correct transcript of the

13         evidence given upon said hearing, and I further

14         certify that I am not of kin or counsel to the

15         parties in the case; am not in the regular

16         employ of counsel for any of said parties; nor

17         am I in anywise interested in the result of said

18         case.

19            This, the 23rd day of March, 2016.

20

21

22                       KARA BARGER, GA CCR-B-1496

23

24

25
```

Oakley, Godfrey 2016.03.11