# EXHIBIT 9

Al C. Edwards, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2

 3    IN RE DEPAKOTE: RHEALYN          )
      ALEXANDER, et al.,               )
 4                                     )  Case No.
              Plaintiffs,              )  12-52-NJR-SCW
 5                                     )
      v.                               )  LEAD CONSOLIDATED
 6                                     )  CASE
      ABBOTT LABORATORIES INC.,        )
 7                                     )
              Defendants.              )
 8    _____)

 9

10

11

12

13           DEPOSITION OF AL C. EDWARDS, M.D.
14                Monday, October 3, 2016
15                Greenville, South Carolina
16                       8:59 a.m.
17

18

19

20

21

22   REPORTED BY:  Karen K. Kidwell, RMR, CRR

23

24             GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

Golkow Technologies, Inc.                                          Page 1

```
 1   how she responded to those medications, would be a
 2   significant factor in terms of what other possible
 3   treatment options might have been available to you in
 4   January 1999?
 5        A.   It could have been.  You know, I mean,
 6   obviously, she could have been treated for a seizure
 7   disorder with Dilantin or Phenobarbital or whatever.
 8   Those drugs, although they would -- they might
 9   address some of the issues she was having, they
10   haven't -- they hadn't really been used in the
11   affective component of people's illness that I'm --
12   with any success.  Tegretol may be a little bit --
13   there was some people -- some people that used
14   Tegretol with a -- almost as a dual purpose, but it
15   actually turned out not to be so helpful.
16        Q.   All right.  Let me ask you this:  Do
17   you -- you stand behind your decision to prescribe
18   Depakote for Ms. Burnett's --
19        A.   I think it was -- I think it was a good
20   choice for her illness.  She wasn't pregnant when we
21   started the drug.  Unfortunately, she got pregnant.
22             I -- and the baby had -- evidently, you
23   know, had a neural tube defect.  And that's a bad
24   thing.  And this lady was a nice lady.  And it was an
25   unfortunate thing.
```

Al C. Edwards, M.D.

```
 1        A.   Yeah.
 2        Q.   You're not currently treating her now,
 3   correct?
 4        A.   No.
 5        Q.   Is it fair to say that you believe that
 6   Depakote was the best choice to treat Ms. Burnett's
 7   condition in 1999 -- in January 1999?
 8             MS. WILLIAMSON:  Object to the form.
 9       Vague.
10             THE WITNESS:  I think it was.  I think, in
11       general, I wouldn't have probably tried her on
12       it if I didn't think it was.
13   BY MR. EVANS:
14        Q.   All right.  Do you know, Doctor, as you
15   sit here right now, whether or not any other -- you
16   familiar with the term "AED medication"?
17        A.   Um-hmm.
18        Q.   Yes?
19        A.   Antiepileptic.
20        Q.   And I'm just going to refer to them as AED
21   medications so I don't have to get tongue tied trying
22   to say antiepilepsy every time.  Are you aware
23   whether or not any other AED medications contained a
24   black box warning about potential teratogenic effects
25   in 1999, besides Depakote?
```

Al C. Edwards, M.D.

```
 1                CERTIFICATE OF REPORTER
 2           I, Karen K. Kidwell, Registered Merit
    Reporter and Notary Public for the State of South
 3  Carolina at Large, do hereby certify:
             That the foregoing deposition was taken
 4  before me on the date and at the time and location
    stated on page 1 of this transcript; that the
 5  deponent was duly sworn to testify to the truth, the
    whole truth and nothing but the truth; that the
 6  testimony of the deponent and all objections made at
    the time of the examination were recorded
 7  stenographically by me and were thereafter
    transcribed; that the foregoing deposition as typed
 8  is a true, accurate and complete record of the
    testimony of the deponent and of all objections made
 9  at the time of the examination to the best of my
    ability.
10           I further certify that I am neither related
    to nor counsel for any party to the cause pending or
11  interested in the events thereof.
12           Witness my hand this 10th day of October, 2016.
13
14
                    _____
15                  Karen K. Kidwell,
                    Registered Merit Reporter
16                  Notary Public
                    State of South Carolina at Large
17                  My Commission expires:
                    August 21, 2024
18
19
20
21
22
23
24
25
```