# Exhibit C

IN THE CIRCUIT COURT OF MISSOURI
CITY OF ST. LOUIS, 22nd JUDICIAL CIRCUIT, DIVISION 13
Honorable Steven R. Ohmer, Judge

```
M____ B____, ET AL.        )
                           )
           Plaintiff,      )
                           )
v.                         )  No. 1222-CC02479-01
                           )
ABBOTT LABORATORIES, INC., )
                           )
           Defendant.      )
```

**VOLUME 3A
TRIAL TRANSCRIPT
MAY 12, 2015**

APPEARANCES

John E. Williams, Esq.
John T. Boundas, Esq.
    on behalf of the Plaintiff.

Paul Strain, Esq.
Dan Ball, Esq.
    on behalf of the Defendant.

JENNA HIGGINS, CCR #998G, CSR (MO & IL)
OFFICIAL COURT REPORTER
CITY OF ST. LOUIS
TWENTY-SECOND JUDICIAL CIRCUIT

1   Law, which is based on evidence, and I know you're
2   here to roll up your sleeves and make your decision
3   based on evidence.  So not forgetting about M████,
4   but I'm going to talk to you about evidence and what
5   the evidence will be.
6          And since I want to talk to you about
7   evidence, I thought we'd start off with evidence right
8   out of M████'s mother's medical records, that in
9   one medical record is a good summary of what was going
10  on with the warnings her doctors got and the decisions
11  M████'s mother, Tiffany Vititoe, made.  This, as I
12  said, is evidence right out of Ms. Vititoe's,
13  M████'s mother's, medical record.  You see,
14  Mr. Vititoe was on Depakote, but she knew about birth
15  defect risks, spina bifida risks, with Depakote and
16  she wanted to get pregnant.  So she switched off of
17  Depakote on to another drug, Lamictal.
18          Now, this is two years.  This is referring
19  to a period of two years before M████ was born.
20  She had been on Lamictal in the past, but Lamictal
21  didn't work for her.  So she was switched back to
22  Depakote because the seizures she was having was so
23  dangerous.  In fact, she requested to go back on
24  Depakote.  Her doctors agreed she needed to be on
25  Depakote.  And as her doctor writes -- this is that

1   the one drug that's experimental for juvenile
2   myoclonic epilepsy and you saw what disaster that was,
3   they weren't going to use another -- they weren't
4   going to use another experimental drug.  And you saw
5   that Dr. Jacoby, her doctor, when he was asked about
6   his bottom line, is no matter what changes were made
7   to the warning label, Depakote still may have been the
8   best choice for her.
9           So what happened?  Why did Ms. Vititoe get
10  pregnant with M_____ even though she was aware of
11  the risk and even though her doctor told her come talk
12  to him before she gets pregnant?  Ms. Vititoe was
13  asked in out-of-court testimony how she got pregnant.
14  She doesn't know.  Obviously, we don't know.  We know
15  these things happen.  It happens.  And we're not
16  faulting her for that or for anything as far as that
17  goes.  These things do happen.  We don't know how it
18  happened.  We do know these things do happen.  What we
19  know, what we do know, is that Abbott warned the
20  doctors and the doctors warned her and made sure she
21  understood, and that's why I say you'll hear no
22  criticism from us of her doctors or of her.  No
23  criticism at all.
24          Okay.  I was going to switch to Part 3, Your
25  Honor, and invite the jurors to take a break.

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Steven R. Ohmer, Judge

| | |
|---|---|
| M▇▇ B▇▇, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Cause No. 1222-CR02479-01 |
| ABBOTT LABORATORIES, INC., | ) |
| Defendant. | ) |

**TRIAL TRANSCRIPT**

V**OLUME** 3B

MAY 12, 2015

On the 12th day of May, 2015, the above-entitled cause came on regularly for hearing before the Honorable Steven R. Ohmer, Judge of Division 13 of the Twenty-Second Judicial Circuit in the City of St. Louis.

ALICE M. BAKER, CCR #361
OFFICIAL COURT REPORTER
TWENTY-SECOND JUDICIAL CIRCUIT
CITY OF ST. LOUIS

```
 1    caused the spina bifida.
 2              Now, one of the things I think you'll find
 3    that's helpful in that respect is there are telltale
 4    signs that Depakote caused spina bifida.  If a child
 5    has spina bifida or an adult has spina bifida caused
 6    by Depakote, there are telltale facial signs.  There
 7    are facial distortions.
 8              So the question is does M█████ have that
 9    telltale sign that her spina bifida was caused by
10    Depakote.  And the answer is no.  You saw her, she's
11    a very pretty little girl without any distorted
12    face.  The answer is no, she does not have that
13    characteristic.  So that's a real important
14    consideration for you in determining whether they
15    even have proven that it is Depakote that caused the
16    spina bifida.
17              And then the question would -- the actual
18    question would come, if not spina bifida, were there
19    things in her life about her that made it more
20    likely she would be more at risk for having a child
21    with spina bifida than most women.  And the answer
22    is yes.  Tiffany Vititoe was more at risk for having
23    a child with spina bifida.  Not because of Depakote,
24    but because of other things in her life.
25              And one of them was what her doctors called
```

1    morbid obesity.  I'm not talking about and the
2    doctors weren't talking about just ordinary
3    overweight.  This is morbid obesity that they
4    diagnosed.  And the evidence is that -- I'm not even
5    sure the doctors know the reason for that, but a
6    woman who is morbidly obese increases her chances of
7    having a child with spina bifida more than two or
8    three times as much as another woman.
9               In addition to that, Miss Vititoe smoked
10   throughout the whole vulnerable period of her
11   pregnancy.  She smoked -- actually she smoked a pack
12   a day.  A pack of cigarettes a day.  The medical
13   fact is -- a lot of smoke, which is certainly a
14   choice.  But the -- maybe you enjoy smoking.  I did
15   it once myself.  But the medical fact is for a
16   pregnant woman that smoking creates risks to the
17   unborn baby.  That's just a plain medical fact.
18   We'll explore the kind of risk that presents to the
19   unborn baby.
20              Also, Ms. Vititoe did not take folic acid.
21   What's called folate, folic acid.  Folic acid is a
22   vitamin that prevents spina bifida.  Actually it was
23   placed into -- nationwide into cereals at one point,
24   for one reason only.  To prevent spina bifida.
25   That's what it does.  That's not enough when a woman

1    certain things about her and in her life that
2    increased her chance of having spina bifida, the
3    answer is there were.
4             So, I'm talking about obviously during her
5    pregnancy, which was 2002. So in 2002, these four
6    things were true. These four things were true about
7    the warnings her doctors got and the warnings her
8    doctors gave her. Abbott had been warning about
9    spina bifida just like the FDA told it to for 20
10   years. Her own doctors knew there was a risk of
11   spina bifida with Depakote and they acted on their
12   knowledge. They acted on their knowledge by telling
13   Ms. Vititoe about the risks and advising her not to
14   get pregnant without talking to them first. And the
15   FDA super warning -- that's my word for it. The FDA
16   super warning, the Black Box warning, told the
17   doctors Depakote can cause spina bifida. And
18   Ms. Vititoe herself wanted to go back on Depakote,
19   to get off Lamictal and all its problems, and go
20   back on Depakote, and she knew the risks when she
21   did that.
22            Now, I could end there, but -- because
23   that's the -- Ms. Vititoe and her doctors and the
24   warnings they got, that's the evidence. Abbott
25   warned the doctors. They believed Depakote was