# EXHIBIT 25

MCCALL, IRINA LEONA 0004 23

## PROBLEM LIST

| # | Problem | Date | |
|---|---|---|---|
| 1) | Schizophrenia — ~~Cogpl~~ Clozaril — Followed by Dr. Edwards Mental Health Center. 295 | 4/14 | |
| 2) | Smoker | 4/14 | |
| 3) | Genetics — (exposure to Depakote & Cogentin, cigarettes, ETOH) early gestation | 4/14 | |
| 4) | Spina Bifida L5-4 U/S 5/5 Amnio ~~total~~ nml chromosomes, single umbilical artery, plan C-section 39 wks (FETAL BOARD CASE) | 5/5 | |
| 5) | Dilated ventricles of 21 mm, Repeat scan in 6 wks oneker 08/25 | 6/28 | |
| 6) | ↑ 1° glucola (170) — □ 3° GTT = A DM * | 8/5/99 | |
| 7) | H/o Seizure d/o | 9/8/99 | |

## LABORATORY TESTS

BLOOD TYPE & RH: AB+  DATE 3/29
ANTIBODY SCREEN & TITER: —  DATE 3/29
RH Ig GIVEN (IF INDICATED): ___  DATE ___
SEROLOGY: NR  DATE 3/29
RUBELLA: +  DATE 3/29
SICKLE CELL: ___  DATE ___
PAP: 3 g butylrinite  DATE 4/14
GC: N/ey  DATE 4/14
CHLAMYDIA: N/ey  DATE 4/14
HGB: 12.2  DATE 3/29
PLTS: 35.4  DATE 3/29

UTI SCREENING: ⊖  DATE 3/29
GCT#1: 170  DATE 8-5-99
GCT#2: 184  DATE ___
GTT (IF INDICATED):
DATE 9/10/99  FBS 98   1 hr 253
             2 hr 221  3 hr 247
AFP SCREEN: ⊕ NTD  DATE ___
HEPATITIS B SCREEN: ⊖  DATE 3/29
HIV SCREEN: ⊖  DATE 3/29
PPD: ⊖  DATE 3/29/99

Group B Strep ⊖  Date 5/9/

**GREENVILLE HOSPITAL SYSTEM**
CareMap #42 – Prenatal Care

EXHIBIT 13
WIT: Burnett
DATE: 1-24-17
K. KIDWELL, RMR, CRR, CLR

**D H E C**
PROMOTE PROTECT PROSPER

for Primary Care ...

Client's ID
Client's Name: Irina McCall
Date of Birth: DoB

UNLESS REQUESTED BY YOU OR PROBLEMS OCCUR, YOU WILL RECEIVE ADMISSION AND DISCHARGE LETTERS.

Physician's Name: Dr Gailey

Address: OB Clinic Greenville Mem. Hospital

Dates of Service From: 4-14-99  To: 6 weeks post-partum

Reason for Communication: ☑ Admission  ☐ Progress Report  ☐ Discharge

Identified Risk(s):
1. Schizophrenia
2. Smokes cigarettes
3. Use of alcohol in early pregnancy
4. Lacks resources

Summary of Services:
1. Promote recommendations of PCP for effective management of pregnancy
2. Instruct prenatal care and warning signs to report
3. Provide information on methods to help reduce/cease smoking
4. Assist patient access community resources

4-14

Please contact me if you have any changes or additions to the plan of care

Name: Julia Smith
Signature: Julia Smith RN.
Date: 4-21-99

Address: FSS Maternity, Greenville Co. Health Dept.
Telephone Number: 467-8883

DHEC 3357 (rev 1994)

Coord
Physic
PCP/F
DHEC 3404

0004

MCCALL, IRINA LEONA

| Date | Notes Should Be Signed by Physician | |
|---|---|---|
| 4/14/99 | #1) Schizophrenia — ~~Stable on Clozaril~~ — Followed by Dr. Edwards at Mental Health Center | ☐ MSAFP ~~today~~ Nxt visit |
| | #2) Smoker — 1-2 cig/day — Encouraged to quit | US 5-5-99 8am |
| | #3) Genetics — exposure to Depakote, Cogentin, cig, etOH early preg. | Genetics 5-11-99 9am |
| | [signature] | |
| 4/14/99 | chart + note reviewed. Pt seen. Discussed c Dr. Kramer. Plan as shown. [signature] | |
| 5-5-99 | Daw [?] pt for genetic counseling to discuss abnormal ultrasound revealing NTD & 2 vessel cord. Cancelled genetics appt. for 5-11-99. BFB | Pt had amnio 5/6 |
| 5/18/99 | Patient not at OB clinic appt. — She reports she was seen at MMOB and that office cancelled today's appt. — Encouraged her to call for return appt. Julia Smith RN | |

PROGRESS NOTES

| Date | Notes Should Be Signed by Physician | | |
|---|---|---|---|
| 08/05/99 | OB CLINIC VISIT @ 30w – | | |
| | ① schizophrenia – stable on Clozaril – ✓'ing weekly BMP, CBC – ✓ today c genicola | genicola results | |
| | ② tobacco – cont. | | |
| | ④ spina bifida – nl chromosomes, however, → | ✗ | |
| | ⑤ ventriculomegaly seen x 1, will repeat scan 08/25 per patient | | |
| | RTC 1 week – aBcn | | |
| 8/8/99 | OB Outpt 30³ | 10° /30° /243  135/102 5 /3.7/25/.5 /170 | |
| | Pt here wanting to be admitted b/c AC not working at home. Also c/o some round lig pain + reflux sxs.  OCT BPM QLOF OVB  FHTs 130s toco ∅ | | |
| | A/P: Round lig pain – warm baths, rest. Reflux – Mylanta/MOM, ↑HOB, ∅ po p̄ 7:00PM  KCl/LP | | |
| | /s/ A Lainey MD | | |
| 8-18-99 | Letter sent to ~~to~~ schedule 3° GTT   /s/ Lelola Moody RN | | |

Pt arrived via EMS
Pt advised about inappropriate use of Emergency vehicles.

**PROGRESS NOTES**

Case 3:17-cv-00783-NJR-MAB Document 55-36 Filed 01/08/18 Page 6 of 8 Page ID #2810

MCCALL, IRINA LEONA

0004

| Date | Notes Should Be Signed by Physician | |
|---|---|---|
| 8/19/99 | OB visit 32² | |
| | ∅ c/o Doing well. | |
| | #1) Schizophrenia on Clozaril → saw Dr. Edwards yesterday. Had blood level ✓'d, may ↓ dosage | ☐ 3°GTT tomorrow. |
| | #2) Smoker - ineg use ~1 pack/week | |
| | #6) ↑ 1° glucola - needs 3°GTT. Sch for tomorrow AM. | |
| | c/o LLE calf "cramping" baseline pain c̄ exacerbations mult times during day causing pt to limp. ∅ assoc. erythema. ∅ ankle swelling. Does have CP, burning in nature, worse c̄ food, heartburn. Some SOB, worse in recumbent position. | |
| | ∅ c/c/e ∅ palpable cords ⊖ Homan Lungs clear  CV RRR. | Appt 8/26 @ 10³⁰ AM @ MMOB |
| | A/P: PTC 2W | QN,RT |
| | M puc/KC | Schedule F/U SCAN to √ on Kratrick if not already done |
| | B. Moorney MD | |
| 8/19/99 | Note reviewed. Discussed c̄ Dr. Corary. A/ above needs F/U scan. | done → see above |
| | [signature] | |

PROGRESS NOTES

McCALL, Irina

| Date | Notes Should Be Signed by Physician | |
|---|---|---|
| (cont) | current plan is to begin patient + term before c-section delivery. Have explained the risks/benefits of expectant mngment & ptx. RP, KC goo rev T 1° glucola - no 3° GTT over done. Will BTG in week & 3°GTT @ nxt ?he _____ Bruster MD | ☐ 3° GTT @ next |
| 9/8/99 | Outpt L&D Pt. c/reported "Seizure" @ GCMH Center - lasted 30sec, disoriented, ¢ LOC, ¢ incontinence, ¢ trauma. FHT 140's BPP 8/8 AFI ___ (reported Adequate.) Toco: ¢ ctx's. Labs: 78 \|113/244  138\|107\|4 / 82                       33.3       3.7\|19\|0.4 UA: (clean catch) mod bact, o WBC, ¢ nit A/P: ① Schizophrenia - stable - GCMH ② Smoker - Encouraged to quit ③ Spina-bifida - None chronic  } Report Sono 8/25/99 ④ Dilated ventricles ⑤ ↑ 1° glucola - 85 today - 3° GTT in AM ⑥ H/o Seizure d/o - No meds now — Strict precaution F/u Mon Volker H Shushey | ☐ chromic lvl ☐ e/s ☐ 3° GTT |

PROGRESS NOTES

McCall, Irina

| Date | Notes Should Be Signed by Physician | |
|---|---|---|
| 9/9/99 | #1 Schizophrenia - on clozaril followed by mental health level @ | RTC √ clozaril level √ 3° GTT |
| | #2 smoker | - MSW |
| | #4 spina bifida - nl chromosomes. plan c-sect for 39 wks. WW/[illeg] | will need Nefrotic consult |
| | #5 dilated ventricles | + FBS/2°PC |
| | #6 ↑ glucola - 3° GTT today | |
| | #7 h/o seizure D/o - see note from yesterday. ∅ seizure since √ clozaril level Pt reports ctx q 2-7 min GPM. C/o FT↑h ↑T √ NST NR → BPP 8/8 RTC/wk UP FEM precautions twin Large fetus 2° - ∅ food today GTT [signature] | |
| | Discuss c Dr Chapman + family. Plan C/S d/t spina bifida will plan amnio for FLM ~ 37 wks. Pt desires this org wanting FM 39 wks / CM | |

**PROGRESS NOTES**